IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KENDRA SCOTT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>A34TL2WVJJ5VTL, et al.,<br><br>Defendants. | Case No. 24-cv-08400<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Young B. Kim** |

## JOINT STATUS REPORT

Pursuant to this Court's Order [93], Plaintiff Kendra Scott, LLC ("Plaintiff") and Defendant JUNPO Co.Ltd ("Defendant") (collectively, the "Parties") submits the following status report regarding discovery in this case:

**Plaintiff's Discovery Requests**

Pursuant to the Temporary Restraining Order [21], Plaintiff served its expedited first set of discovery requests on Defendant on October 10, 2024, which were due on October 17, 2024. **Exhibit 1**. Plaintiff's first set of discovery requests were served directly on Defendant as well as Counsel for Defendant as authorized by the Temporary Restraining Order. [21]. Plaintiff's expedited first set of discovery requests was resent to Defendant's counsel on February 14, 2025. Defendant's responses to Plaintiff's expedited first set of discovery requests were served on February 18, 2025. **Exhibit 2**.

On February 14, 2025, Plaintiff issued its second set of discovery requests, which were due on March 17, 2025. **Exhibit 3**. Defendant's responses to Plaintiff's second set of discovery requests were served on March 7 and March 8, 2025. **Exhibit 4**. Defendant agrees to supplement its responses to Plaintiff's discovery requests, if applicable, by March 25, 2025.

**Defendant's Discovery Requests**

Defendant served its first set of discovery requests on Plaintiff on February 14, 2025. Plaintiff's responses were due on March 7, 2025. **Exhibit 5**. Plaintiff's responses to Defendant's first of discovery requests, including documents KS000001-KS00006053, were served on March 7, 2025. **Exhibit 6**.

Plaintiff supplemented its responses with KS00006054-KS00006112 on March 18, 2025.

**Meet and Confer**

On March 13, 2025 Plaintiff sent Defendant a Rule 37.2 letter regarding multiple deficiencies with Defendant's production. **Exhibit 7**. The Parties met and conferred on March 14, 2024, via Microsoft Teams in an attempt to resolve outstanding discovery issues. Defendant agreed to supplement its discovery responses, if applicable, as follows:

1. Search and produce documents, including emails, listing records and listing images, in response to Plaintiff's RFP No. 3;

2. Search and produce documents, including emails, relating to each communication from Defendant to United States consumers as well as documents which reference Plaintiff, in response to Plaintiff's RFP Nos. 4 and 10;

3. Search and produce documents, including contracts/terms and conditions, in response to Plaintiff's RFP No. 8;

4. Produce documents in response to Plaintiff's RFPs Nos. 9, 18, and 19;

5. Produce all documents required in Plaintiff's RFP No.26, including documents referenced in the Plaintiff's ROGs;

6. Supplement its responses to Plaintiff's ROGs Nos. 1 and 6 and RFPs Nos. 1 and 6 to identify the financial accounts connected to Defendant's Walmart account; and

7. Supplement its response to Plaintiff's ROG No. 12 with a more thorough explanation.

**Outstanding Conflicts**

Plaintiff

Plaintiff requested that Defendant supplement in advance of the Joint Status Report, but had not received anything as of the time of this filing. Defendant had not provided a date by when it will provide the supplemental information outlined above.

Defendant

Defendant agrees to provide supplemental responses and any supplemental documents, if applicable, by March 25, 2024. To the extent that any newly discovered information exceeds Plaintiff's original requests or definitions, or raises confidentiality, privacy, or other protection concerns, Defendant reserves the right to seek a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure to safeguard sensitive or privileged information.

Dated this 18th day of March 2025.    Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*


/s/ He Cheng
He Cheng
Palmer Law Group, P.A.
401 E Las Olas Blvd, Suite 1400
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
*Attorney for Defendant JUNPO Co.Ltd*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of March 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notice to the attorneys of record.

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law

*Counsel for Plaintiff*