# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Kendra Scott, LLC

          Plaintiff,

v.

          Case No.: 1:24−cv−08400

          Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

MINUTE entry before the Honorable Young B. Kim: Parties have settled this matter. In accordance with the terms of the agreement, Plaintiff withdraws its motion for fees [95]. Parties are to file their stipulation to dismiss with the presiding District Judge by April 25, 2025. All matters relating to the referral of this action having been concluded, the referral is closed, and the case is returned to the presiding District Judge. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.